IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER A. GROVER,

    Plaintiff,

  v.

FORD MOTOR COMPANY,

    Defendant.

Case No.  20-cv-1047-bbc

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 10/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |